## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 421 EAL 2020
                 Respondent  :
                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court
                 v.  :
                                 :
KARREM JOHNSON,  :
                     Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.